IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVEN WALTEMATE,

Defendant.                                                No. 05-CR-30004-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is Waltemate's August 22, 2005 motion to continue (Doc. 28).  The Court being fully advised in the premises finds that additional time is needed to complete a Rule 20 transfer from the Eastern District of Missouri. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Therefore, the Court **GRANTS** Waltemate's August 22, 2005 motion to continue  (Doc. 28).  Further, the Court **CONTINUES** the **jury trial** scheduled for August 22, 2005 at 9:00 a.m. to **Monday, October 17, 2005 at 9:00 a.m.**  The time from the date the original motion was filed, August 22, 2005, until the date to which the trial is rescheduled,

October 17, 2005, is excludable time for the purposes of speedy trial.  The parties shall notify the Court if a change of plea hearing is necessary in this matter.

      **IT IS SO ORDERED.**

      Signed this 22th day of August, 2005.

      <u>/s/   David RHerndon</u>
      **United States District Judge**